AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hollowell, Eileen W. | U.S. Bankruptcy Court - Arizona | 04/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

James A. Walsh Courthouse
38 South Scott Avenue
Tucson, AZ 85701-1704

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | James E. Rogers College of Law, Board of Visitors |
| 2. | Member | National Conference of Bankruptcy Judges |
| 3. | Member | American Bankruptcy Institute |
| 4. | Member | Arizona Women Lawyers Association |
| 5. | Member | Pima County Bar Association |
| 6. | Member | State Bar of Arizona |
| 7. | Member | American Bar Association |
| 8. | Advocate Member | Ninth Judicial Circuit Historical Society |
| 9. | Member | Arizon Bankruptcy American Inn of Court |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/15/2015 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. T Rowe Price - New Horizons Mutual Fund | A | Dividend | J | T | | | | | |
| 2. T Rowe Price - Science & Technology Mutual Fund | | None | J | T | Redeemed (part) | 04/29/14 | J | A | |
| 3. T Rowe Price Spectrum Income #1 | A | Dividend | K | T | | | | | |
| 4. T Rowe Price Spectrum Income #2 | A | Dividend | J | T | Redeemed (part) | 07/11/14 | L | C | |
| 5. T Rowe Price - Prime Reserve Mutual Fund | A | Dividend | K | T | Redeemed (part) | 07/11/14 | J | A | |
| 6. T Rowe Price - Blue Chip Growth (Rollover IRA) | B | Dividend | J | T | | | | | |
| 7. T Row Price-Mid Cap Growth (Rollover IRA) | A | Dividend | J | T | | | | | |
| 8. T Rowe Price - Mid Cap Value (Rollover IRA) | D | Dividend | K | T | | | | | |
| 9. T Rowe Price - New Horizons (Rollover) | C | Dividend | K | T | | | | | |
| 10. T Rowe Price - Spectrum Income (Rollover) | C | Dividend | L | T | | | | | |
| 11. USAA International Fund (SEP/IRA) | A | Dividend | J | T | | | | | |
| 12. USAA Income Fund (SEP/IRA) | B | Dividend | K | T | | | | | |
| 13. USAA Money Market Fund #2 | A | Dividend | J | T | Redeemed | | J | A | see note 1 part VIII |
| 14. American Funds (IRA) SEE BELOW # 16 &17 | | | | | | | | | |
| 15. -- Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 16. -- The Income Fund | A | Dividend | J | T | | | | | |
| 17. Bank of America Money Market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Fund (IRA) | A | Dividend | J | T | | | | | |
| 19. TIAA Traditional Annuity | A | Interest | L | T | | | | | |
| 20. Wells Fargo Checking Account | | None | J | T | | | | | |
| 21. FNBO Direct Savings Account | A | Interest | J | T | | | | | |
| 22. T Rowe Price Balanced Portfolio #1 | A | Dividend | J | T | | | | | |
| 23. T Rowe Price Balanced Portfolio #2 | A | Dividend | J | T | | | | | |
| 24. T Rowe Price Balanced Portfolio #3 | A | Dividend | J | T | | | | | |
| 25. T Rowe Price Balanced Portfolio #4 | A | Dividend | J | T | | | | | |
| 26. Edward Jones Value Fund | A | None | K | T | Buy (add'l) | 08/11/14 | K | | |
| 27. USAA Checking Acct #1 | | None | J | T | | | | | |
| 28. T Rowe Price - Prime Reserve (Rollover IRA) | A | Dividend | L | T | | | | | |
| 29. T Rowe Price - Short Term Bond (Rollover IRA) | A | Dividend | K | T | | | | | |
| 30. USAA - Emerging Market (SEP) | A | Dividend | J | T | | | | | |
| 31. USAA - Growth (SEP) | B | Dividend | K | T | | | | | |
| 32. USAA - High Income (SEP) | A | Dividend | J | T | | | | | |
| 33. USAA - Intermediate Bond (SEP) | B | Dividend | K | T | | | | | |
| 34. USAA - Short Term Bond (SEP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA - Small Cap Stock (SEP) | B | Dividend | J | T | | | | | |
| 36. USAA - Value Fund (SEP) | B | Dividend | K | T | | | | | |
| 37. USAA - Emerging Market (Rollover) | A | Dividend | J | T | | | | | |
| 38. USAA - Growth (Rollover) | A | Dividend | J | T | | | | | |
| 39. USAA - High Income (Rollover) | A | Dividend | J | T | | | | | |
| 40. USAA - Income (Rollover) | A | Dividend | J | T | | | | | |
| 41. USAA - Intermediate Term Bond (Rollover) | A | Dividend | K | T | | | | | |
| 42. USAA - International (Rollover) | A | Dividend | J | T | | | | | |
| 43. USAA - Short Term Bond (Rollover) | A | Dividend | J | T | | | | | |
| 44. USAA - Small Cap Stock (Rollover) | A | Dividend | J | T | | | | | |
| 45. USAA - Value Fund (Rollover) | A | Dividend | J | T | | | | | |
| 46. Columbiaa General Energy Fund | | None | K | T | | | | | |
| 47. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII p.5 line 14. This account was closed on 12/31/2012 but the 2013 FDR did not include that fact.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eileen W. Hollowell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544